FILED

2026 Jun-04  PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) **Case No. 1:25-cr-574-LCB-SGC** |
| | ) |
| **LINDSEY MICHELLE HAMPTON,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On May 19, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge Staci G. Cornelius. A Report and Recommendation was filed on May 19, 2026 recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED** and the guilty plea is **ACCEPTED**.

**DONE** and **ORDERED** this June 3, 2026.

LILES C. BURKE
U.S. DISTRICT JUDGE